# Exhibit A

**Exhibit A: Summary of Key Differences Between**

**Standard Guardianship and the S.B. Guardianship**

|  | Standard guardianships | S.B. 199 guardianships |
|---|---|---|
| **Determination of capacity** | Proof by clear and convincing evidence that the individual is incapacitated | Letter from physician or psychologist that the individual has a "severe intellectual disability" |
| **Right to counsel** | Respondents have a right to counsel. If the person does not have their own counsel, the court shall appoint counsel, subject to narrow exceptions. | No right to counsel |
| **Right to court visitor** | If counsel is not available, the court will appoint a court visitor, who prepares a written report. | No right to court visitor |
| **Opportunity to accept or object to the guardianship** | Respondent has the opportunity to communicate acceptance of or objection to the guardianship or guardian. | Respondent may accept the guardianship but has no opportunity to object. |
| **Hearing type** | Can be in-person, remote, or hybrid | Presumption of a remote hearing |
| **Petitioner identity** | Must be a parent | Can be a parent, grandparent or sibling |
| **Right to jury trial** | Guaranteed right to jury trial | No right to jury trial |
| **Type of guardianship** | Presumption of limited guardianship | Presumption of full guardianship |
| **Restriction of individual's contact with friends and family** | Limited and subject to court oversight | Guardian can unilaterally restrict the individual's association |
| **Opportunity to modify or terminate guardianship** | Entitled to counsel when seeking to change or end guardianship | No counsel when seeking to change or end guardianship |
| **Value of respondent's estate** | Under $20,000 | Under $2,000[1] |

---

[1] Plaintiff DLC estimates that in a typical year, the vast majority of guardianship petitions for people with intellectual and developmental disabilities are filed by parents, siblings, or grandparents and that nearly all of these people have assets under $2,000 in order to maintain

eligibility for Supplemental Security Income and other benefits. Ex. D, Declaration of Katie M. Cox ¶ 9.